Evan Yablonsky – NJ Atty. ID #033312008
BRESSLER, AMERY & ROSS
A Professional Corporation
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
(973) 514-1660
eyablonsky@bressler.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Newark Vicinage)

| | |
|---|---|
| MARYLAND CASUALTY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>RATAN, LLC d/b/a Howard Johnson North Bergen, RATAN GROUP HOTEL, LLC d/b/a Comfort Inn, GOVAN, LLC d/b/a Starlite Motel, RATGOVAN, LLC d/b/a Days Inn Ridgefield, NJ, MAGRAT, LLC d/b/a Red Carpet Inn, NAVRATAN, LLC d/b/a Red Carpet Inn, RATAN GROUP II HOTELS, LLC d/b/a Knights Inn Newark Airport Elizabeth, RATAN HOSPITALITY GROUP, LLC d/b/a Howard Johnson Express Inn - Parsippany, McSAM MANAGEMENT, LLC d/b/a Days Inn Brooklyn, RUXMAN, LLC d/b/a Comfort Suites, G.I.F. CORPORATION d/b/a Econo Lodge, RATAN HOTELS MANAGEMENT, LLC d/b/a Howard Johnson Inn Clifton, NJ, RATAN HOTEL PLAZA, LLC d/b/a Ramada East Orange, RATAN R PARK, LLC d/b/a Ramada Rochelle Park, RATAN MT. OLIVE, LLC d/b/a Days Inn Budd Lake, RATAN RONKONKOMA, LLC d/b/a Rodeway Inn McArthur Airport, RATAN BAY SHORE, LLC d/b/a Red Carpet Inn Bay Shore, RATAN SMITHTOWN, LLC d/b/a America's Best Value Inn, PATERSON | Civil Docket No. 2:14-CV-03596-SDW<br><br><br><br><br>STIPULATION |

> H OTEL, LLC d/b/a Rodeway Inn Paterson, CAPRI LITTLE FERRY, LLC d/b/a The Capri Inn, RATAN PALACE, LLC d/b/a Holiday Inn Express, North Bergen (formerly the Palace Hotel), SEVEN HOTELS, LLC d/b/a Towne House Inn & Suites, RATAN NEWBURG, LLC d/b/a Ramada Inn Newburgh/West Point, RATAN REALTY, LLC d/b/a Hampton Inn, McSAM BROOKLYN, LLC d/b/a Days Inn Long Island City, 49 STREET SAI, LLC d/b/a Sleep Inn, NEWARK HOSPITALITY GROUP, LLC d/b/a SpringHill Suites Newark Liberty International Airport, and RATAN NEWARK, LLC d/b/a Howard Johnson Hotel - Newark Airport,
> Defendants.

**IT IS HEREBY STIPULATED AND AGREED UPON** by the undersigned, attorneys for parties herein, that:

1. Plaintiff Maryland Casualty Company withdraws, without prejudice, its pending motion for default judgment as to all defendants named herein;

2. Defendants Ratan, LLC d/b/a Howard Johnson North Bergen, Ratan Group Hotel, LLC d/b/a Comfort Inn, Govan, LLC d/b/a Starlite Motel, Ratgovan, LLC d/b/a Days Inn Ridgefield, NJ, Magrat, LLC d/b/a Red Carpet Inn, Navratan, LLC d/b/a Red Carpet Inn, Ratan Group II Hotels, LLC d/b/a Knights Inn Newark Airport Elizabeth, Ratan Hospitality Group, LLC d/b/a Howard Johnson Express Inn -Parsippany, McSam Management, LLC d/b/a Days Inn Brooklyn, Ruxman, LLC d/b/a Comfort Suites, G.I.F. Corporation d/b/a Econo Lodge, Ratan Hotels Management, LLC d/b/a Howard Johnson Inn Clifton, NJ, Ratan Hotel Plaza, LLC d/b/a Ramada East Orange, Ratan R Park, LLC d/b/a Ramada Rochelle Park, Ratan Mt. Olive, LLC d/b/a Days Inn Budd Lake, Ratan Ronkonkoma, LLC d/b/a Rodeway Inn McArthur Airport, Ratan Bay Shore, LLC d/b/a Red Carpet Inn Bay Shore, Ratan Smithtown, LLC d/b/a America's

Best Value Inn, Paterson Hotel, LLC d/b/a Rodeway Inn Paterson, Capri Little Ferry, LLC d/b/a The Capri Inn, Ratan Palace, LLC d/b/a Holiday Inn Express, North Bergen (formerly the Palace Hotel), Seven Hotels, LLC d/b/a Towne House Inn & Suites, Ratan Newburg, LLC d/b/a Ramada Inn Newburgh/West Point, Ratan Realty, LLC d/b/a Hampton Inn, McSam Brooklyn, LLC d/b/a Days Inn Long Island City, 49 Street Sai, LLC d/b/a Sleep Inn, Newark Hospitality Group, LLC d/b/a SpringHill Suites Newark Liberty International Airport, and Ratan Newark, LLC d/b/a Howard Johnson Hotel - Newark Airport will file an Answer to Plaintiff's Complaint no later than September 29, 2014; and

    3. In filing said Answer, Defendants waive any and all defenses enumerated in Fed. R. Civ. P. 12(b)(2-5), and submit to the jurisdiction of this Court.

Dated: September 19, 2014

| BRESSLER, AMERY & ROSS, P.C.<br>Attorneys for Plaintiffs | GENOVA BURNS GIANTOMASI<br>WEBSTER LLC<br>Attorneys for Defendants |
|---|---|
| _____<br>Evan Yablonsky, Esq. | _____<br>Patrick W. McGovern, Esq. (1246)<br>9/19/14 |

SO ORDERED this 25th of September, 2014

_____
HONORABLE SUSAN D. WIGENTON, U.S.D.J.